```
              IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF NEBRASKA
```

CLIFFORD L. RUSH,              )
                               )
                Petitioner,    )         4:14CV3042
                               )
        v.                     )
                               )
LEWIEN, WARDEN,                )         MEMORANDUM AND ORDER
                               )
                Respondent.    )
_____)

Petitioner has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Filing No. 1) and a Motion for Leave to Proceed in Forma Pauperis (Filing No. 2).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). Pursuant to 28 U.S.C. § 1915(a)(1)-(2), and after considering petitioner's financial status as shown in the records of this Court, provisional leave to proceed in forma pauperis will be granted. However, petitioner must nevertheless pay the $5.00 fee within 60 days. The Court cautions petitioner that failure to adequately comply with this order may result in dismissal of his petition without further notice.

IT IS ORDERED:

1. The application to proceed in forma pauperis is provisionally granted, but petitioner must pay the $5.00 filing fee by May 26, 2014.

2.  The clerk of the court is directed to set a pro se case management deadline in this case with the following text: May 26, 2014: deadline for payment of $5.00 filing fee.

DATED this 31st day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.